IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER WOODS,<br>　Plaintiff, | : : : : | CIVIL ACTION |
| v. | : : : | NO. 2:08-cv-02495-WY |
| ERA MED LLC, JOHN HUSTWIT, SEACOR HOLDINGS INC., JOHN DOES (heretofore unidentified individuals) and ABC ENTITIES (heretofore unidentified corporations, partnerships, and/or other business entities),<br>　Defendants. | : : : : : : : : | |

**Order**

**AND NOW** on this 7th day of January, 2010, upon consideration of defendants' motion for summary judgment (Doc. No. 18), plaintiff's opposition thereto, and defendants' reply, **IT IS HEREBY ORDERED** that defendants' motion is **GRANTED** and judgment is **ENTERED** in favor of defendants and against plaintiff as to all claims.

　　　　　　　　　　　　　　　　　　　　/s William H. Yohn, Jr., Judge
　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge